IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARTIN BUB,

    Plaintiff,

v.

WILLIAM SWIEKATOWSKI, JOHN DOE,
CAROL ROWE, ELIZABETH MASON,
MICHAEL SCHULTZ, PETE ERICKSEN,
MICHAEL BAENEN, MICHAEL MOHR,
CHARLES FACKTOR, CATHY JESS,
GARY HAMBLIN, ALERE LABS,
RICHARD PROCESS, WENDY BRUNS,
SAMUEL MENNING CHRISTOPHER STEVENS
and CHARLES COLE,

    Defendants.

Case No. 15-cv-195-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Martin Bub's claims against Cathy Jess, Alere Labs, Gary Hamblin, Pete Ericksen, Michael Baenen, Michael Schultz, Charles Facktor, Charles Cole, Richard Process, Wendy Bruns, John Doe, Carol Rowe, and Elizabeth Mason.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants William Swiekatowski, Samuel Menning, and Christopher Stevens in accordance with the jury's verdict.

Approved as to form this 29TH day of October, 2019.

_James D. Peterson_
James D. Peterson
District Judge

_Peter Oppeneer_                 10/29/19
Peter Oppeneer                      Date
Clerk of Court